LAW OFFICES OF PAUL A. RELICH, P.C.
Kelly E. Relich, Esq.
Arizona State Bar No. 12430
8230 East Broadway Boulevard, Suite E-8
Tucson, Arizona 85710
(520) 382-2800
ker@relich.com

Attorney for Defendant Metro Fitness, Inc.

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Lopez, a married man,<br><br>   Plaintiff,<br><br>vs.<br><br>Metro Fitness, Inc., an Arizona Corporation,<br><br>   Defendant. | NO. 4:15-cv-00552-EJM<br><br>**STIPULATION TO PARTICIPATE IN SETTLEMENT CONFERENCE** |

The parties, by and through counsel, pursuant to ADR Local Rule 7, hereby stipulate to participate in a settlement conference with a magistrate judge, and hereby stipulate to continue all deadlines pending the outcome of the settlement conference, and request that the Court Order that a Settlement Conference be scheduled and continue the deadlines outlined in its' Rule 16 Scheduling Order dated February 16, 2016 pending the outcome of the settlement conference.

RESPECTFULLY SUBMITTED this 19th day of September , 2016.

PHILLIPS DAYES LAW FIRM PC          LAW OFFICES OF PAUL A. RELICH, P.C.

By   S/ Sean Davis                              By   S/ Kelly E. Relich
     Sean Davis, Esq.                                Kelly E. Relich, Esq.
     Attorney for Plaintiff                          Attorney for Defendant


  **ELECTRONIC FILING**

ORIGINAL of the foregoing filed through NEF
this 19th day of September, 2016, with:

U.S. District Court of Arizona

COPY of the foregoing through NEF
this 19th day of September, 2016 to:

1  Sean Davis, Esq.
   Seand@phillipsdayeslaw.com
2  Attorney for Plaintiff Ronald Lopez

3  Copy mailed this 19th day of September, 2016,
   by first class mail to:
4
   Sean Davis, Esq.
5  Phillips Dayes Law Firm, P.C.
   3101 North Central Avenue, #1500
6  Phoenix, Arizona 85712
   Attorney for Plaintiff Ronald Lopez
7
   s/S. Grant
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28