UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

[CIVIL MINUTE ENTRY]

Case No.     CV 15-00552-EJM            Date:  November 1, 2016

Title:    Ronald Lopez, etc., v. Metro Fitness Incorporated, etc.

**HONORABLE BERNARDO P. VELASCO**

PROCEEDINGS:      X   Open Court        __ Chambers       __ Other

This matter came before the Court this date for a Settlement Conference. Plaintiff Ronald Lopez is present and accompanied by his attorney, Sean Davis. Defendant Metro Fitness Incorporated's president, Ed Nissan, is present and accompanied by Metro's attorney, Kelly Relich. The parties have met, conferred, and agreed to a settlement in full as follows:

Defendant shall pay to Plaintiff the sum of $20,000.00. Said payment shall be made to Plaintiff's Counsel within thirty days of this date and the above-entitled matter will be dismissed with prejudice.

**IT IS ORDERED** that the above settlement is approved.

TIME: 10:00 a.m. to 11: 15 a.m.
cjm